IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00598-RJC-WCM

| | |
|---|---|
| FS MEDICAL SUPPLIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| TANNER PHARMA UK LIMITED; ) | |
| RAYMOND FAIRBANKS BOURNE; ) | |
| and MARY EVERETT ) | |
| WHITEHURST BOURNE, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 68) filed by Bradley R. Kutrow. The Motion indicates that Mr. Kutrow, a member in good standing of the Bar of this Court, is local counsel for Defendant Tanner Pharma UK Limited and that he seeks the admission of Dion W. Hayes, who the Motion represents as being a member in good standing of the Bar of Virginia. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 68) and **ADMITS** Dion W. Hayes to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 26, 2024

W. Carleton Metcalf
United States Magistrate Judge