IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00598-RJC-WCM

| | |
|---|---|
| FS MEDICAL SUPPLIES, LLC,  )<br>)<br>Plaintiff,  )<br>)<br>)<br>v.  )<br>)<br>TANNER PHARMA UK LIMITED;  )<br>RAYMOND FAIRBANKS BOURNE;  )<br>and MARY EVERETT  )<br>WHITEHURST BOURNE,  )<br>)<br>Defendants.  )<br>_____ ) | ORDER |

This matter is before the Court on Motions to Compel that have been filed in this action ("Tanner II") and in FS Medical Supplies, LLC v. TannerGAP, Inc. and Tanner Pharma UK Limited, No. 3:21-cv-00501-RJC-WCM ("Tanner I"). Tanner I, Doc. 134; Tanner II, Doc. 56.[1]

For the reasons set out in the undersigned's Order filed contemporaneously herewith in Tanner I, the Motion to Compel (Doc. 56) is **GRANTED IN PART** and **DENIED IN PART**.

It is so ordered.

Signed: 2/12/2024

W. Carleton Metcalf
United States Magistrate Judge

---

[1] The Motions appear to be identical.

1