IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00598-RJC-WCM

| | |
|---|---|
| FS MEDICAL SUPPLIES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) MEMORANDUM AND |
| | ) RECOMMENDATION |
| TANNER PHARMA UK LIMITED; | ) |
| RAYMOND FAIRBANKS BOURNE; | ) |
| and MARY EVERETT | ) |
| WHITEHURST BOURNE, | ) |
| Defendants. | ) |

On January 17, 2024, this matter came before the Court for an initial pretrial conference and a hearing on Plaintiff's Motion to Consolidate this action with <u>FS Medical Supplies, LLC v. TannerGAP, Inc. and Tanner Pharma UK Limited</u>, No. 3:21-cv-00501-RJC-WCM ("<u>Tanner I</u>").

For the reasons set out in the undersigned's Memorandum and Recommendation filed contemporaneously herewith in <u>Tanner I</u>, the undersigned respectfully **RECOMMENDS** that Plaintiff's Motion to Consolidate (<u>Tanner I</u>, Doc. 127) be **GRANTED IN PART**, and that this matter (No. 3:23-cv-00598-RJC-WCM) and <u>Tanner II</u> (No. 3:21-cv-00501-RJC-WCM) be **CONSOLIDATED** for discovery purposes.

1

The undersigned **FURTHER RECOMMENDS** that a Pretrial Order and Case Management Plan be entered as outlined in the Memorandum and Recommendation filed <u>Tanner I</u>.

Signed: 2/12/2024

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge

## Time for Objections

The parties are hereby advised that, pursuant to Title 28, United States Code, Section 636, and Federal Rule of Civil Procedure 72(b)(2), written objections to the findings of fact, conclusions of law, and recommendation contained herein must be filed within **fourteen (14)** days of service of same. **Responses to the objections must be filed within fourteen (14) days of service of the objections.** Failure to file objections to this Memorandum and Recommendation with the presiding District Judge will preclude the parties from raising such objections on appeal. See Thomas v. Arn, 474 U.S. 140, 140 (1985); United States v. Schronce, 727 F.2d 91, 94 (4th Cir. 1984).