IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00598-RJC-WCM

| | |
|---|---|
| FS MEDICAL SUPPLIES, LLC, ) | |
| ) | |
| Plaintiff, ) | ORDER |
| v. ) | |
| ) | |
| TANNER PHARMA UK LIMITED; ) | |
| RAYMOND FAIRBANKS BOURNE; ) | |
| and MARY EVERETT ) | |
| WHITEHURST BOURNE; ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court on a Request for Redaction (the "Request," Doc. 76) filed by Raymond Fairbanks Bourne and Mary Everett Whitehurst Bourne (the "Bourne Defendants").

Rule 5.2 of the Federal Rules of Civil Procedure directs that, absent a court order, certain personal identifying information must be redacted in filings made with the Court.

Similarly, this Court's Administrative Procedures Governing Filing and Service by Electronic Means (the "Administrative Procedures") provide that, following the filing of a transcript of a court proceeding, a party seeking the redaction of personal identifiers must submit a request to that effect, indicating where the personal identifiers appear in the transcript by page and line and how they are to be redacted. Only certain personal identifiers listed

by the Judicial Conference in its policy on the Electronic Availability of Transcripts may be redacted using such a redaction request.

In the event a party wishes for other types of information to be redacted, that party should request such relief by way of a motion in the ordinary course under the Local Rules with appropriate supporting authorities. <u>See</u> Administrative Procedures ("If a party wants to redact other information, that party must move the Court for further redaction by separate motion served on all parties and the court reporter within the 21-day period.")

Here, the Bourne Defendants seek the redaction of information that is outside the scope of the personal identifiers referenced by the Administrative Procedures. However, the Request does not include a legal basis for such a request or show consultation with opposing counsel.

Consequently, the Request for Redaction (Doc. 76) is **DENIED WITHOUT PREJUDICE**. The Bourne Defendants may renew their request for the transcript to be redacted, by way of an appropriate motion, filed within 14 days of this Order. If no such motion is filed, the subject transcript (Doc. 70) will be made electronically available to the public without redaction.

It is so ordered.

Signed: March 6, 2024

W. Carleton Metcalf
United States Magistrate Judge