IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00598-RJC-WCM

| | |
|---|---|
| FS MEDICAL SUPPLIES, LLC, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TANNER PHARMA UK LIMITED; ) <br> RAYMOND FAIRBANKS BOURNE; ) <br> and MARY EVERETT ) <br> WHITEHURST BOURNE; ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

This matter is before the Court on an Unopposed Motion for Transcript Redaction (Doc. 79) filed by Raymond Fairbanks Bourne and Mary Everett Whitehurst Bourne (the "Bourne Defendants").

By the Motion, the Bourne Defendants request that the amount the Bourne Defendants paid in taxes over the years 2020-2022 be redacted from the transcript of the motions hearing held on January 17, 2024. They state that they seek this redaction to protect their private, confidential information and represent that counsel for the other parties do not oppose their request.

For good cause shown, the request will be allowed.

**IT IS THEREFORE ORDERED THAT:**

1. The Unopposed Motion for Transcript Redaction (Doc. 79) is **GRANTED.**

1

2. The Clerk is **RESPECTFULLY DIRECTED** to file the redacted transcript of the January 17, 2024 motions hearing that has been submitted by the Bourne Defendants (Doc. 79-1), which document will be available for public viewing.

3. The unredacted copy of the transcript (Doc. 70) shall remain filed under seal until further order of the Court.

Signed: March 21, 2024

W. Carleton Metcalf
United States Magistrate Judge