# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| FS Medical Supplies, LLC, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:23-cv-00598-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Tanner Pharma UK Limited, et al., | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 1, 2025 Order.

October 1, 2025

Katherine Hord Simon, Clerk
United States District Court